# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

157714

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JUAN JOE CANTU,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 157714
COA: 335696
Kent CC: 95-003319-FC

By order of May 28, 2019, the application for leave to appeal the March 13, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Turner* (Docket No. 158068). On order of the Court, the case having been decided on January 17, 2020, ___ Mich ___ (2020), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REMAND this case to the Kent Circuit Court for further proceedings not inconsistent with this order. At the resentencing for first-degree murder held pursuant to MCL 769.25a and *Miller v Alabama*, 567 US 460 (2012), the trial court had jurisdiction to consider the defendant's arguments regarding his sentences for kidnapping and assault with intent to murder. *Turner*, *supra*. On remand, the trial court shall consider the defendant's arguments regarding the validity of these sentences and exercise its discretion whether to resentence him for those convictions, in particular "if it finds that the sentence was based on a legal misconception that the defendant was required to serve a mandatory sentence of life without parole on the greater offense." *Id*.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

t0323